IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cv246-3-RJC
3:05cr379-2-RJC

| | |
|---|---|
| THEODORE HOWZE, III, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATED OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**THIS MATTER** comes before the Court upon its own motion.

As directed, the Government filed an Answer to Petitioner's claim that his attorney refused to file an appeal. (Doc. No. 8). Should Petitioner so choose, he has fifteen days from the filing of this Order in which to respond to the Government's Answer.

**THEREFORE, IT IS HEREBY ORDERED** that Petitioner has fifteen days from the filing of this Order in which to respond to the Government's Answer.

Signed: August 13, 2007

Robert J. Conrad, Jr.
Chief United States District Judge