# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Theodore Howze, III ,

        Plaintiff(s),　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　3:07CV246
　　　　　　　　　　　　　　　　　　3:05CR379-2
USA,

        Defendant(s).


DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 21, 2009 Order.


                                        Signed: September 21, 2009

                                        Frank G. Johns, Clerk
                                        United States District Court